No. 25-1520

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____

THOMAS E. OVERBY, JR. INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; ABBY GEARHART, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

*Plaintiffs-Appellees,*

v.

ANHEUSER-BUSCH, LLC,

*Defendant-Appellant.*

_____

On Appeal from the United States District Court for the
Eastern District of Virginia at Newport News
Case No. 4:21-cv-00141-AWA-DEM

---

**PLAINTIFF-APPELLEE'S RESPONSE TO DEFENDANT-APPELLANT'S MOTION FOR LEAVE TO PROCEED WITH THE JOINT APPENDIX AS FILED**

---

Robert W.T. Tucci
Gregg C. Greenberg
Thomas J. Eiler
ZIPIN, AMSTER & GREENBERG, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
301-587-9373
rtucci@zagfirm.com
ggreenberg@zagfirm.com
teiler@zagfirm.com

Craig J. Curwood
Zev H. Antell
Samantha R. Galina
BUTLER CURWOOD PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
 804-648-4848
craig@butlercurwood.com
zev@butlercurwood.com
samantha@butlercurwood.com

Pursuant to the Court's Notice issued on July 7, 2025 (Doc. 23), Plaintiff-Appellees hereby state as follows in response to Defendant-Appellant Anheuser-Busch, LLC's ("AB's) Motion for Leave to Proceed with the Joint Appendix as filed:

Plaintiffs take no specific substantive or procedural objection to AB's motion nor with the joint appendix as it has been currently filed. Rather, Plaintiff-Appellee's premise their objection to AB's Motion solely upon the Court's admonition to AB (in Doc. 21) that "[c]ondensed transcripts are not permissible in the appendix." Should the Court in its discretion wish to suspend or waive this requirement, Plaintiff-Appellees would not oppose such decision.

Accordingly, Plaintiff-Appellees' oppose the relief sought by AB only insofar as it appears to be contrary to the Court's stated requirements. Should those requirements be suspended or waived, Plaintiff-Appellees respectfully withdraw their opposition.

Respectfully submitted this July 7, 2025,

/s/ Robert W.T. Tucci
Robert W.T. Tucci
Gregg C. Greenberg
Thomas J. Eiler
ZIPIN, AMSTER & GREENBERG, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
301-587-9373
rtucci@zagfirm.com

ggreenberg@zagfirm.com  
teiler@zagfirm.com

Craig J. Curwood  
Zev H. Antell  
Samantha R. Galina  
BUTLER CURWOOD PLC  
140 Virginia Street, Suite 302  
Richmond, Virginia 23219  
804-648-4848  
craig@butlercurwood.com  
zev@butlercurwood.com  
samantha@butlercurwood.com

*Counsel for Appellees-Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this response (i) was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman type style, and (ii) contains 142 words. It therefore, complies with Federal Rule of Appellate Procedure 27(d).

*/s/ Robert W.T. Tucci*
Robert W.T. Tucci
*Counsel for Appellees-Plaintiffs*

## CERTIFICATE OF SERVICE

I, Robert Tucci, hereby certify that on July 7, 2025, I electronically filed the foregoing response with the Clerk of the Court of the United States Court of Appeals for the Fourth Circuit by using the CM/ECF System. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

July 7, 2025                                    */s/ Robert W.T. Tucci*
                                                Robert W.T. Tucci